# EXHIBIT INDEX
## to
## Complaint for Declaratory Relief; Demand for Jury Trial

*Kinsale Insurance Co., v. Troy Whitehead, LLC, et al.*
*3:21-cv-00315*

| Exhibit | Description |
|---|---|
| 1 | Commercial General Liability Policy |
| 2 | Correspondence from Kinsale Insurance dated April 6, 2021 |
| 3 | Correspondence from Kinsale Insurance dated July 23, 2021 |